**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WANGZHENG MING,<br>Petitioner,<br>v.<br>ADELANTO ICE PROCESSING CENTER WARDEN,<br>Respondent. | Case No. 5:26-cv-01628-MWC-ACCV<br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition; (2) a writ of habeas corpus prohibiting Respondents from re-detaining Petitioner unless he is provided proper due process necessary for the revocation of his supervised released by providing him adequate notice and a pre-deprivation hearing.

DATED: July 17, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge