JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WANGZHENG MING,

Petitioner,

v.

ADELANTO ICE PROCESSING CENTER WARDEN,

Respondent.

Case No. 5:26-cv-01628-MWC-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the July 1, 2026, Report and Recommendation of United States Magistrate Judge. (Dkt. No. 21.)

DATED: July 17, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge